# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KENNETH E. SCHAFMAN & KATHLEEN A. SCHAFMAN   Case Number: 03-76334
825 PETTIT COURT   SSN-xxx-xx-2325 & xxx-xx-5200
MACHESNEY PARK, IL  61115

Case filed on: 12/9/2003
Plan Confirmed on: 1/30/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $74,734.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE MANHATTAN MORTGAGE | 0.00 | 0.00 | 39,028.94 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 39,028.94 | 0.00 |
| 000 | LAW OFFICES OF CROSBY & ASSOCIATES | 2,800.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 2,800.00 | 0.00 | 0.00 | 0.00 |
| 204 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 207 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 211 | THE RAMSEY LAW FIRM P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KENNETH E. SCHAFMAN | 0.00 | 0.00 | 1,867.30 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,867.30 | 0.00 |
| 003 | CHASE MANHATTAN MORTGAGE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHASE MANHATTAN MORTGAGE CORP | 13,489.80 | 13,489.80 | 13,489.80 | 0.00 |
|  | Total Secured | 13,489.80 | 13,489.80 | 13,489.80 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 11,132.66 | 11,132.66 | 11,132.66 | 0.00 |
| 005 | ASPIRE VISA | 1,667.33 | 1,667.33 | 1,667.33 | 0.00 |
| 006 | CAPITAL ONE | 835.48 | 835.48 | 835.48 | 0.00 |
| 007 | PREMIER BANKCARD/CHARTER | 398.55 | 398.55 | 398.55 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 933.79 | 933.79 | 933.79 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,533.75 | 1,533.75 | 1,533.75 | 0.00 |
| 010 | CARD PROCESSING/SERVICE CENTER | 1,073.00 | 1,073.00 | 1,073.00 | 0.00 |
| 012 | CAPITAL ONE | 532.20 | 532.20 | 532.20 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 309.48 | 0.00 | 0.00 | 0.00 |
| 014 | RESURGENT CAPITAL SERVICES | 1,583.26 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 19,999.50 | 18,106.76 | 18,106.76 | 0.00 |
|  | Grand Total: | 36,289.30 | 31,596.56 | 72,492.80 | 0.00 |

Total Paid Claimant:      $72,492.80
Trustee Allowance:        $2,241.20
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007      By  /s/Heather M. Fagan